IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANDREW A. HERZOG,** | ) | **CASE NO. 8:11CV60** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DAWN P. DANIELS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on its own motion. On June 22, 2011, this court ordered Plaintiff Andrew A. Herzog ("Herzog") to show cause why this action should not be dismissed for lack of subject-matter jurisdiction. (Filing No. 15.) The court gave Herzog until July 22, 2011, to do so. (*Id.* at CM/ECF p. 3.) To date, Herzog has not responded to the court's order. For this reason,

IT IS THEREFORE ORDERED that: Herzog's Complaint (Filing No. 1) is dismissed without prejudice for failure to prosecute this matter diligently and failure to comply with the court's orders. A separate judgment will be entered in accordance with this Memorandum and order.

DATED this 10th day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.